UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KATHALEENA KAUFMAN, | ) |
| Petitioner, | ) |
| vs. | ) No. 1:14-cv-01677-TWP-MJD |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day made its Entry directing the entry of final judgment, the Court now enters FINAL JUDGMENT.

The motion for relief pursuant to 28 U.S.C. § 2255 docketed as No. 1:14-cv-01677-TWP-MJD is **DENIED.**

Date: 6/22/2015

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U. S. District Court

Distribution:

Electronically Registered Counsel

KATHALEENA KAUFMAN
11053-028
ALDERSON FEDERAL PRISON CAMP
Inmate Mail/Parcels
GLEN RAY RD. BOX A
ALDERSON, WV 24910